**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-25484-GAYLES/D'ANGELO**

**BRIAN EVANS,**

      **Plaintiff**

**v.**

**CREATIVE ARTISTSAGENCY, LLC,**
**and STEVE LEVINE,**

      **Defendants.**

                                            /

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation Granting Defendants' Motion to Dismiss (the "Report") [ECF No. 119]. The Report recommended that Defendants Creative Artists Agency, LLC and Steve Levine's Motion to Dismiss for Lack of Diversity and Lack of Personal Jurisdiction ("Motion"), [ECF No. 34], be granted because the Court lacked subject matter jurisdiction, [ECF No. 119]. On May 1, 2026, Plaintiff filed objections to the Report (the "Objections"), [ECF No. 121], and Defendants filed their Response on May 14, 2026, [ECF No. 122].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge

D'Angelo's well-reasoned analysis and conclusion that Defendants' Motion should be granted.

### CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     Magistrate Judge D'Angelo's Report and Recommendation, [ECF No. 119], is **ADOPTED in full.**

(2)     Defendant's Motion to Dismiss, [ECF No. 34], is **GRANTED**, and this action shall be **DISMISSED** without prejudice.

(3)     All pending motions are **DENIED** as moot.

(4)     This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2